DACHOW, by Guardian *ad litem,* and another, Appellants, vs. JOHN R. THOMPSON COMPANY, Respondent.

For the appellants: *Berthold L. Berkwich,* attorney, and *Morgan & Berkwich* of counsel, all of Milwaukee.

For the respondent: *Quarles, Spence & Quarles,* attorneys, and *Arthur Wickham* of counsel, all of Milwaukee.

*By the Court.*—Orders and judgment affirmed.